IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KAY TERRY                                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO.: 4:17-cv-5-NBB-JMV

VALEO NORTH AMERICA, INC.                                                           DEFENDANT

## ORDER EXTENDING [34] CASE MANAGEMENT ORDER DEADLINES

This matter is before the court on the unopposed motion of the Defendant to extend the case management order deadlines [34]. Upon due consideration of the motion and the fact it is unopposed, the court finds the motion is well taken and should be granted. The following dates now apply in this matter:

A. All discovery must be completed by December 15, 2017; and

B. All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by December 29, 2017. The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

C. As the parties are advised of the local four-month rule, which requires that four (4) months remain between the motions deadline and the trial date. Accordingly, no further extensions will be granted absent a trial continuance.

**SO ORDERED** this, the 25th day of September, 2017.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**