**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KAY TERRY**                                                                                 **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO.: 4:17-CV-00005-NBB-JMV**

**VALEO NORTH AMERICA, INC.**                                     **DEFENDANT**

**ORDER SETTING DISCOVERY AND
MOTION DEADLINES FOLLOWING GRANTED
MOTION FOR CONTINUANCE OF TRIAL DATE**

This matter is before the Court on the joint motion of the parties for a continuance of the trial date and to extend the case management order deadlines [36]. Upon due consideration and for good cause shown, the court has found that the parties' motion should be granted [38]. The following dates now apply in this matter:

A. A trial continuance has been granted to: **September 10, 2018**;

B. All discovery must be completed by: **April 9, 2018**;

C. All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by: **April 24, 2018**;

D. The deadline for motions *in limine*: **July 18, 2018**; and the deadline for responses is: **July 25, 2018**.

**SO ORDERED** this, the 13th day of December, 2017.

                                                    /s/ Jane M. Virden
                                                  **UNITED STATES DISTRICT COURT
                                                  MAGISTRATE JUDGE**